[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 176.]

THE STATE EX REL. DREW, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Drew v. Indus. Comm.*, 1998-Ohio-254.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 95-2220—Submitted May 12, 1998—Decided June 17, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD09-1366.

————————

*William D. Snyder & Associates* and *John Lesko*, for appellee.

*Betty D. Montgomery*, Attorney General, and *James M. Carroll*, Assistant Attorney General, for appellants.

————————

{¶ 1} The judgment of the court of appeals is affirmed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent and would reverse the judgment of the court of appeals.

————————